FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVIS J. SCHOEPFER, | No. 2:15-CV-0203-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

On December 23, 2015, the parties filed a stipulated dismissal, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a).

//

//

//

//

//

//

//

//

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 8**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of December 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge